UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERICA LONG,

      Plaintiff,

v.

JOE LUNGHAMER CHEVROLET, INC.,

      Defendant.

Case No. 26-cv-11502
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,
this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126